**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SALINE ASSOCIATES NO. 1 _____ v. _____ UNITED STATES _____

No. 2017-1688

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

___ Pro Se     ☑ As counsel for: _____ UNITED STATES _____
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant   ☑ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Matthew P. Roche |
| Law firm: | United States Department of Justice, Commercial Litigation Branch |
| Address: | PO Box 480, Ben Franklin Station |
| City, State and ZIP: | Washington DC 20044 |
| Telephone: | (202) 616-0466 |
| Fax #: | (202) 305-7644 |
| E-mail address: | Matthew.P.Roche@usdoj.gov |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 03/08/2017 | /s/Matthew P. Roche |
| Date | Signature of pro se or counsel |

cc: Jeff Eckland _____

Reset Fields

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this __8th__ day of

_____March_____, ___2017___, a copy of the foregoing

_____Entry of Appearance_____

was filed electronically.

[✓] This filing was served electronically to all parties by operation of the Court's

electronic filing system.

_____/s/Matthew P. Roche_____

[ ] I caused a copy of this filing to be served via:

    [ ] hand delivery

    [ ] mail

    [ ] third-party commercial carrier for delivery within 3 days

    [ ] electronic means, with the written consent of the party being served

To the following address:

_____