# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SALINE ASSOCIATES #1, LIMITED PARTNERSHIP
(See attached list of Appellants)　　　　v.　　UNITED STATES

No. 17-1688

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: See attached list of Appellants
  Name of party

I am, or the party I represent is (select one):
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus curiae
- ☐ Cross Appellant
- ☒ Appellant
- ☐ Appellee
- ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☐ Petitioner or appellant
- ☐ Respondent or appellee

| | |
|---|---|
| Name: | Jeff H. Eckland |
| Law Firm: | Eckland & Blando P.A. |
| Address: | 10 South Fifth Street, Suite 800, Lumber Exchange Building |
| City, State and Zip: | Minneapolis, MN 55402 |
| Telephone: | (612) 236-0160 |
| Fax #: | (612) 236-0179 |
| E-mail address: | jeckland@ecklandblando.com |

Statement to be completed by counsel only (select one):
- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 03/05/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes　☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 03/13/2017　　Signature of pro se or counsel /s/ Jeff H. Eckland

cc: Matthew P. Roche, Esq.

Reset Fields