# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 17-1688 - Saline Associates No. 1 v. US

## Brief for Appellants

## **ORDER**

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief or appendix must be filed within 14 days from the date of this order or there could be adverse consequences. **Please read this letter carefully as some of the items may not apply to your appeal.**

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. Counsel may elect to make corrections to the rejected version held in the Clerk's Office, or file a new, corrected brief. *(Applies to briefs filed in paper format only.)*
2. To make corrections to the copies held in the Clerk's Office. Corrections must only be made by counsel of record or by designee. Briefs cannot leave the Clerk's Office. (See Practice Note 32) *(Applies to briefs filed in paper format only.)*
3. Inserts cannot extend beyond the original pages and cannot be left loose in the brief. *(Applies to briefs filed in paper format only.)*
4. The corrected brief must have the word "**CORRECTED**" on the cover.
5. The corrected version must be served on all counsel.
6. The corrected version must be accompanied by a new proof of service.
7. The deficiencies cited in this order must be the only changes made to the brief or appendix.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

FOR THE COURT

June 22, 2017         /s/ Peter R. Marksteiner
                      Peter R. Marksteiner
                      Clerk of Court


cc: Matthew Paul Roche

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 17-1688 - Saline Associates No. 1 v. US

The Brief for Appellants has been rejected for following reasons:

- If the addendum material is going to be included in the appendix, it should be paginated with the corresponding appendix page numbers following the number format specified in Fed. Cir. R. 30(b)(4)(E). See Fec. Cir. R. 28(a)(11); Fed. Cir. R> 30(b)(4)(E). e.g. "Appx134," "Appx3-17," or "SAppx1185";

   For example: A document that is included in both the addendum and appendix must have the same page numbering. If in the appendix a judgment in question is numbered Appx7-10, it must also be numbered Appx7-10 in the addendum.

- Reference in the brief to pages of the appendix and, if permitted, of a supplemental appendix must follow the numbering format specified in Fed. Cir. R. 30(b)(4)(E), e.g., "Appx134," "Appx3-17" or "SAppx1185." Fed. Cir. R. 28(f)

   Citations must not have periods, dashes or spaces between the "Appx" and the page number. In addition, citations with page ranges must include the entire number. For example, "Appx285-86" (from page 8), "Appx160-61" and "Appx255-56 (from page 10) are not compliant. The proper format is "**Appx285-286**" "**Appx160-161**" and "**Appx255-256**".

   Please see the "Appendix Reference Formatting Best Practices Guide" available on the court's website.